NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM J. BRYAN,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D18-2445
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.


PER CURIAM.


        Affirmed.  See Benyard v. Wainwright, 322 So. 2d 473 (Fla. 1975); Fox v.

State, 827 So. 2d 377 (Fla. 3d DCA 2002).


NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.